FORK RIDGE MINING COMPANY *v.* SOUTHERN RAILWAY COMPANY ET AL.

[No. 13,366. Filed December 11, 1928.]

*Milton B. Hottel* and *Norman E. Patrick*, for appellant.
*Spencer, Ensle & Spencer, John D. Welman* and *Samuel A. Lambdin*, for appellees.

PER CURIAM.—Judgment affirmed.

CARRICO *v.* TEMPLETON COAL COMPANY.

[No. 13,421. Filed December 14, 1928.]

*John A. Riddle*, for appellant.
*Will H. Hays, Hinkle C. Hays, Alonzo C. Owens, W. Paul Stratton, John S. Taylor, J. Olias Vanier* and *George W. Buff*, for appellee.

REMY, J.—Affirmed, on authority of *Galkowski* v. *Hubbard Steel, etc., Co.* (1927), 87 Ind. App. 97, 156 N. E. 523.

VANGILDER *v.* NAY.

[No. 13,218. Filed December 18, 1928.]

*Elmer F. Williams* and *Henry W. Moore*, for appellant.
*Hugh L. Barr*, for appellee.

PER CURIAM.—Affirmed.